TAYLOR *et al. v.* COMER *et al.,* receivers.

LITTLE, J.   In view of the evidence introduced by the plaintiff, this court, without intimating whether there should or should not be a recovery, is of the opinion that the present case ought to have been submitted to a jury, and that therefore it was error to grant a nonsuit.

*Judgment reversed.    All the Justices concurring.*

Submitted June 30, — Decided August 10, 1897.

Action for damages. Before Judge Norwood. City court of Savannah. July term, 1896.

*Garrard, Meldrim & Newman,* for plaintiffs. *Lawton & Cunningham* and *T. M. Cunningham Jr.,* for defendants.